Motion GRANTED.

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:13-cr-00074 |
| v. ) | Judge Trauger |
| ) | |
| ADRIKIAS CORTEZ BAUGH ) | |

MOTION TO DISMISS INDICTMENT

The government has learned that after the defendant was indicted, but before he was arrested by federal authorities in this case, he was prosecuted by the State of Tennessee for crimes arising out of the same event. Accordingly, pursuant to Rule 48, *Federal Rules of Criminal Procedure*, the government moves the Court to dismiss the indictment in the above styled case, and to release the defendant from the terms and conditions of his bond.

Mr. Baugh's attorney, Caryll Alpert, has been consulted and has no objection to the Court granting this motion.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: *s/ William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
ll0 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151